IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRVIN G. MURRAY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5808** |
| | : | |
| **U.S. TREASURY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of November, 2025, upon consideration of Plaintiff Irvin G. Murray's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1), pro se Complaint (Doc. No. 2), Motion to Appoint Counsel (Doc. No. 8), "Concise Motion for Reconsideration, Renewal of Emergency Injunction, Exhibit Investigation, Expedited Discovery & Interrogatories, and Response to Court-Annexed Mediation Notice" (Doc. No. 11), and Emergency Motion for Entry of Default and Default Judgment (Doc. No. 15), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Murray's Complaint (Doc. No. 2) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** as factually frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

    b. All state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. Murray's Motion to Appoint Counsel (Doc. No. 8) is **DENIED.**

5. Murray's "Concise Motion for Reconsideration, Renewal of Emergency Injunction, Exhibit Investigation, Expedited Discovery & Interrogatories, and Response to Court-Annexed Mediation Notice" (Doc. No. 11) is **DENIED as MOOT.**

6. Murray's Emergency Motion for Entry of Default and Default Judgment (Doc. No. 15) is **DENIED as MOOT.**

7. The Clerk of Court is **DIRECTED** to restrict access to Murray's Exhibit (Doc. No. 10) to court users, case participants, and public terminal users only because it contains Personally Identifiable Information ("PII"). Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

8. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.